IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | : | CASE NO. 3:16MJ158 |
| OF THE UNITED STATES OF AMERICA | | |
| FOR A FOR AN ORDER AUTHORIZING | : | HON. SHARON L. OVINGTON |
| THE MONITORING OF GPS INFORMATION | | |
| FROM A DARK GREEN CADILLAC | : | **FILED UNDER SEAL** |
| CTS-V, LICENSE PLATE # GSG-8900 | | |
| VIN #1G6DV1EP7B0114596 | | |

### ORDER FOR DELAYED NOTIFICATION

IT IS HEREBY ORDERED that, in accordance with 18 U.S.C. §§ 2705 and 3103a(b) and Rule 41(f)(3) (to the extent applicable), the government's motion for delayed notification is GRANTED, and service of this Court's GPS order pertaining to a dark green Cadillac CTS-V, License Plate # GSG-8900, VIN #1G6DV1EP7B0114596, and the return required thereunder on the person(s) owning the Target Vehicle may be delayed for an additional ninety (90) days, from October 1, 2016 up to and including December 30, 2016, unless further extended by this Court.

Upon motion of the government, and for good cause shown, it is further ORDERED that the government's motion for delayed notification and this order, shall be SEALED, and the Clerk is instructed not to unseal these items unless otherwise ordered by the Court.

Date: 9/30/16

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE